**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT WILLIE JOHNSON,** | : | |
| Petitioner | : | **No. 1:26-cv-01738** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **FEDERAL MEDICAL CENTER** | : | |
| **DEVENS, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 26th day of June 2026, after considering the petition for a writ of

habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Robert Willie Johnson (Doc. No.

1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Johnson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

2. This Section 2241 habeas action is **TRANSFERRED** to the United States District Court for the District of Massachusetts; and

3. The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania